396 APPELLATE COURTS OF ILLINOIS.

The People of the State of Illinois v. Herron, 147 App. 396.

## The People of the State of Illinois, Appellee, v. William H. Herron, Appellant.

### Gen. No. 14,540.

This case is controlled by the decision in the case of People v. Cohen, *ante*, p. 393.

Information for obtaining money by false pretenses. Appeal from the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in this court at the March term, 1908. Reversed. Opinion filed March 4, 1909.

JAMES TURNOCK, for appellant.

JOHN J. HEALY and CLIFFORD G. ROE, for appellee; Q. J. CHOTT, of counsel.

MR. JUSTICE HOLDOM delivered the opinion of the court.

This is an appeal from a conviction under a charge of obtaining goods by false pretenses, contrary to the statutes of this State, for which Herron was sentenced to pay a fine of $25 and to suffer imprisonment in the county jail for thirty days.

This case is the same on fact and law as the case of Cohen, general number 14539, *ante*, p. 393. For the reasons stated in the Cohen case, the judgment of the Municipal Court is reversed.

*Reversed.*